1  Deborah Barron, Esq./SBN 153840
   LAW OFFICES OF DEBORAH BARRON
2  1900 Point West Way, Suite 200
   Sacramento, CA 95815
3  Tel: (916) 486-1712
   Fax: (916) 927-5524
4

5  Attorney for Plaintiff
   PRINCESS OLIVER
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10 | PRINCESS OLIVER, | Case No. 2:06-CV-00656-LKK-KJM |

11 |                Plaintiff, | **ORDER** |

12 | v. | |
   |    | Status Conference Date: June 12, 2006 |
13 | WINCO HOLDINGS, INC. dba WINCO | Time: 2:00 p.m. |
   | FOODS; DAVE MEDINA, an individual; and | Judge Lawrence K. Karlton |
14 | DOES 1 through 100 inclusive, | Courtroom 4 |

15 |                Defendants. | |

16 
   _____/
17

18     Plaintiff, Princess Oliver, acting through her counsel, Deborah Barron, and defendant,

19 WinCo Holdings, Inc., and Dave Medina by and through their designated counsel, Samuel T.

20 McAdam have stipulated that this case is subject to binding arbitration; and, that the parties have

21 agreed to binding arbitration.

22     It is therefore ORDERED that:

23     1. The Status Conference currently set for June 12, 2006, is VACATED;

24     2. This matter shall be stayed pending the completion of binding arbitration;

25     3. The Clerk is directed to administratively close the case; and

26 ////

27 ////

28 ////

1          4.   The parties shall inform the court within ten (10) days of the completion of the
2 arbitration process.
3          IT IS SO ORDERED.
4          DATED: June 9, 2006.

                                                    **Lawrence K. Karlton**
                                                    **Senior Judge**

2