UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PRINCESS OLIVER,

        Plaintiff,

   v.

WINCO HOLDINGS, INC., dba WINCO FOODS; DAVE MEDINA, an individual; and DOES 1 through 100, inclusive,

        Defendants.

_____/

NO. CIV. S-06-656 LKK/KJM

O R D E R

    This case was previously stayed and administratively closed pending binding arbitration. Plaintiff contends that her prior counsel agreed to this without her knowledge or permission. See Dkt. No. 10.

    On October 15, 2009, the court lifted the stay, reopened the case, and granted plaintiff sixty days to retain alternate counsel. The court stated that after sixty days, defendant would be free to bring any motions it deemed necessary seeking dismissal of this

1

action.  That time has expired, and neither party has filed any further documents in this case.

It appears that plaintiff has abandoned this case.  Where a plaintiff fails to prosecute a case, the court may dismiss the case pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff is therefore ORDERED TO SHOW CAUSE in writing within thirty days why this case should not be dismissed.

IT IS SO ORDERED.

DATED: February 8, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2