UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PRINCESS OLIVER,

                                     NO. CIV. S-06-656 LKK/KJM

        Plaintiff,

    v.                                 O R D E R

WINCO HOLDINGS, INC., dba
WINCO FOODS; DAVE MEDINA,
an individual; and DOES 1
through 100, inclusive,

        Defendants.

_____/

    Pursuant to the Order to Show Cause issued on February 9, 2010

(Dkt. No. 13) and plaintiff's filing of February 22, 2010 (Dkt. No.

14), the above-captioned matter is DISMISSED WITH PREJUDICE.  Fed.

R. Civ. P. 41(b).

    IT IS SO ORDERED.

    DATED: March 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1